UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILARY MOUNTGORDON,<br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES COAST GUARD,<br>   *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 21-1319 (RDM)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE IT'S MOTION FOR SUMMARY JUDGMENT**

  Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant the U.S. Coast Guard ("USCG"), by and through their undersigned counsel, respectfully moves for an extension of time of two weeks, until April 15, 2022 to file its motion for summary judgment currently due on March 29, 2022, for the following reasons:

  1. Undersigned counsel requires an agency declaration to support the motion for summary judgment in this matter. An initial draft declaration was prepared by the agency but it is in need of substantial adjustments.  Undersigned counsel prepared a draft of the motion in this matter.  On today's date, while working on the motion, undersigned was alerted that agency counsel will be out of the office until March 28, 2022.  Due to the undersigned's existing schedule, this will not allow enough time to finalize the declaration and the motion for summary judgment, as well as submit it to the agency and the supervisory staff at the U.S. Attorney's Office for review and timely filing of the motion on March 29, 2021.

2. Undersigned counsel has had motions due in other matters and has been handling an immense caseload over the last month. In addition, undersigned has been out of the office for several days during the last two weeks of February and early March for medical and other reasons. She will also be out of the office on March 29-30, 2022, for medical reasons.

3. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff regarding this request. Plaintiff has indicated that she will only consent to an extension of time to file Defendant's motion until April 8, 2022[1], however, undersigned counsel will be out of the office for medical reasons for at least two days next week, which allows only a week to finalize the declaration, complete the motion and submit the document for supervisory review. This would not be reasonable given the undersigned's responsibility on other cases. She has answers and status reports in ten matters that week.

Dated: March 25, 2022
　　　　Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _____/s/_____
PATRICIA K. MCBRIDE
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
202-252-7123

*Attorneys for the United States of America*

---

[1] Plaintiff proposes Defendant's motion for summary judgment be due on April 8, 2022; Plaintiff's opposition be due on June 8, 2022; Defendant's reply be due on July 8, 2022.

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2022, a copy was served by email and on March 28, 2022, a copy of the foregoing will be mailed to Plaintiff by United States mail, marked for delivery to:

Hilary Mountgordon, Esq. *pro se*
FL. Bar No. 100241
9 Lake Vista Court
Lake Villa, IL 60046
708-613-7710
hilary.mountgordon@gmail.com

*/s/ Patricia K. McBride*
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILARY MOUNTGORDON,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES COAST GUARD,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 21-1319 (RDM) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Motion to Extend, it is hereby ORDERED that the Motion is GRANTED;

It is further ORDERED that Defendant shall file its Motion for Summary Judgment on April 15, 2022

**SO ORDERED**

SIGNED:

Date: _____             _____
                          RANDOLPH D. MOSS
                         United States District Judge