UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILARY MOUNTGORDON,<br>      *Plaintiff*,<br><br>v.<br><br>UNITED STATES COAST GUARD,<br>      *Defendant*. | Civil Action No. 21-1319 (RDM) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE IT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant the U.S. Coast Guard ("USCG"), by and through their undersigned counsel, respectfully moves for an extension of time, on or before May 20, 2022 to file its motion for summary judgment currently due on April 15, 2022, for the following reasons:

1. After undersigned requested more time to obtain a finalized declaration to support the motion for summary judgment in this matter undersigned counsel underwent minor surgery on March 29, 2022 that resulted in her being out of work until April 4, 2022, leaving her unable to confer with agency counsel regarding this case. Upon her return to work on April 5, 2022, she completed a draft motion in this matter and on April 8, 2022, sent an email to confer with agency counsel and to obtain the finalized declaration. Undersigned counsel received an email indicating that agency counsel was out of the office until April 18, 2022.

2. Undersigned counsel immediately called officials at the agency in order to seek assistance in an effort to have the declaration finalized for filing by the due date of April 15, 2022.

However, undersigned counsel was informed that since agency counsel is also the declarant for the declaration that will support the motion for summary judgment the assigned counsel would have to finalize his declaration and review the draft motion. As a result, Defendant hereby seeks additional time.

3. This request is not being made for the purposes of delay.

4. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff regarding this request. Plaintiff opposes this request and responded as follows: "plaintiff's position is that you previously requested an extension due to agency counsel being on leave and you are, on the same basis, requesting an extension again, I therefore object as you have not presented any reasonable cause why the agency is unavailable to finalize the government's motion. I do however remain open to reasonable settlement offers."

5. Since this request will affect the briefing schedule, undersigned counsel proposes the following updated briefing schedule:

- Defendant's Motion for Summary Judgment will be due May 20, 2022
- Plaintiff's Opposition and Cross Motion will be due June 30, 2022
- Defendant's Reply will be due July 28, 2022.

Dated: April 12, 2022
Washington, DC

                                    Respectfully submitted,

                                    MATTHEW M. GRAVES, D.C. Bar. #481052
                                    United States Attorney

                                    BRIAN P. HUDAK
                                    Acting Chief, Civil Division

                              By: _____/s/_____
                                    PATRICIA K. MCBRIDE
                                    Assistant United States Attorney
                                    555 Fourth Street, NW
                                    Washington, DC 20530

202-252-7123

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 13, 2022, a copy was served by email and on April 12, 2022, a copy of the foregoing will be mailed to Plaintiff by United States mail, marked for delivery to:

Hilary Mountgordon, Esq. *pro se*
FL. Bar No. 100241
9 Lake Vista Court
Lake Villa, IL 60046
708-613-7710
hilary.mountgordon@gmail.com

                 */s/ Patricia K. McBride*
                 Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILARY MOUNTGORDON,<br><br>      *Plaintiff*,<br><br>v.<br><br>UNITED STATES COAST GUARD,<br><br>      *Defendant*. | Civil Action No. 21-1319 (RDM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Motion to Extend, it is hereby ORDERED that the Motion is GRANTED;

It is further ORDERED that the current briefing schedule will be amended as follows:

- Defendant's Motion for Summary Judgment will be due May 20, 2022
- Plaintiff's Opposition and Cross Motion will be due June 30, 2022
- Defendant's Reply will be due July 28, 2022.

**SO ORDERED**

SIGNED:

Date: _____          _____
                                                     RANDOLPH D. MOSS
                                                     United States District Judge