## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HILARY MOUNTGORDON, | ) ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) |
|  | ) Civil Action No. 21-1319 (RDM) |
| UNITED STATES COAST GUARD | ) ) ) |
| Defendant. | ) ) ) ) ) |

### **MOTION FOR EXTENSION BY AGREEMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Hilary Mountgordon, respectfully moves for an extension of time of sixty (w) days, until August 31, 2022 to file its motion for response to Defendant's motion summary judgment and cross motion for summary judgement currently due on June 30, 2022, for the following reasons:

1.        Plaintiff is currently seeking to retain counsel, and has been working for the last two weeks on retaining counsel. In addition, in her regular position plaintiff's office has been down half of its' attorneys due to extended leave and vacancy in position, resulting in a significant increase in workload during the last month.

2.        Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Defendant regarding this request. Defendant, through counsel, has indicated that she consents to the requested extension of time to file until August 31, 2022.

Respectfully submitted,

1

/s/

Hilary V Mountgordon, Esq, P*ro Se*
FL Bar: 100241
9 Lake Vista Ct.
Lake Villa, IL 60046
Tel: 708-979-1838
hilary.mountgordon@gmail.com

## CERTIFICATE OF SERVICE

I certify that the attached Motion was sent as indicated this 30th day of June, 2022, to the following:

**Defendant Counsel**

E- mail                             Patricia McBride
                                    Patricia.mcbride@usdoj.gov

_____
Hilary V Mountgordon, Esq, P*ro Se*
FL Bar: 100241
9 Lake Vista Ct.
Lake Villa, IL 60046
Tel: 708-979-1838
hilary.mountgordon@gmail.com

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILARY MOUNTGORDON,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES COAST GUARD<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-1319 (RDM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the Plaintiff's Motion to Extend, it is hereby ORDERED that the motion is GRANTED;

It is further ORDERED that Plaintiff shall file her Response to Defendant's Motion for Summary Judgement and Cross Motion for Summary Judgement on August 31, 2022.

**SO ORDERED**

SIGNED

Date:_____          _____
                                RANDOLPH D. MOSS
                                United States District Judge

4